IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LTD. et al.,<br><br>Defendants. | Case No. 2:22-cv-01392-JXN-JSA<br><br>**ORDER ADMITTING DANIEL E. GUSTAFSON, ESQ.** *PRO HAC VICE* |

This matter having come before the Court on the motion of Seeger Weiss LLP, attorneys for Plaintiff for the *pro hac vice* admission of Daniel E. Gustafson Esq., pursuant to L. Civ. R. 101.1(c); and the Court having considered the submissions in support of the motion, which reflect that Daniel E. Gustafson satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and there being no objection to this motion; and for good cause shown,

IT IS ON THIS 13TH day of April 2022, hereby

ORDERED that the motion for the *pro hac vice* admission of Daniel E. Gustafson is **granted;**

IT IS FURTHER ORDERED that Daniel E. Gustafson shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court;

IT IS FURTHER ORDERED that Daniel E. Gustafson is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against him that may arise from his participation in this matter;

IT IS FURTHER ORDERED that Seeger Weiss LLP shall: (a) be attorneys of record in

this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Daniel E. Gustafson; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and Daniel E. Gustafson in this matter;

IT IS FURTHER ORDERED that Daniel E. Gustafson shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which he represents the client in this matter;

IT IS FURTHER ORDERED that Daniel E. Gustafson shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of Daniel E. Gustafson or his inability to be in attendance at proceedings.

s/Jessica S. Allen
**Hon. Jessica S. Allen, U.S.M.J.**