IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS INDUSTRIES LTD. et al.,<br><br>Defendants. | Case No. 2:22-cv-01392-JXN-JSA<br><br>**ORDER ADMITTING LING S. WANG** *PRO HAC VICE* |

This matter having come before the Court on the motion of Seeger Weiss LLP, attorneys for Plaintiff for the *pro hac vice* admission of Ling S. Wang pursuant to L. Civ. R. 101.1(c); and the Court having considered the submissions in support of the motion, which reflect that Ling S. Wang satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); and there being no objection to this motion; and for good cause shown,

IT IS ON THIS 13TH day of April, 2022, hereby

ORDERED that the motion for the *pro hac vice* admission of Ling S. Wang is **granted;**

IT IS FURTHER ORDERED that Ling S. Wang shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court;

IT IS FURTHER ORDERED that Ling S. Wang is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against her that may arise from her participation in this matter;

IT IS FURTHER ORDERED that Seeger Weiss LLP shall: (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such

service shall be deemed sufficient service upon Ling S. Wang; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and Ling S. Wang in this matter;

IT IS FURTHER ORDERED that Ling S. Wang shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which she represents the client in this matter;

IT IS FURTHER ORDERED that Ling S. Wang shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with L. Civ. R. 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of Ling S. Wang or her inability to be in attendance at proceedings.

s/Jessica S. Allen  
**Hon. Jessica S. Allen, U.S.M.J.**